**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| JONATHAN JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:08-0515 |
| | ) | Judge Trauger |
| CAMPBELL SMOOT, *et al.*, | ) | Magistrate Judge Knowles |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On December 3, 2008, the Magistrate Judge issued a Report and Recommendation (Docket No. 63), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion for Determination of Status of Case and Motion for Temporary Restraining Order and Injunction Against the Defendants to Enjoin the Ongoing Civil Conspiracy Retaliation Against Plaintiff (Docket No. 49) is **DENIED**. This case is returned to the Magistrate Judge for further handling under the original referral Order.

It is so **ORDERED.**

Enter this 30th day of December 2008.

_____
ALETA A. TRAUGER
U.S. District Judge