IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JONATHAN JOHNSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 3:08-0515 |
| | ) | Judge Trauger |
| CAMPBELL SMOOT, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**O R D E R**

The Magistrate Judge has issued a Report and Recommendation (Docket No. 75), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motions to Dismiss filed by the various defendants (Docket Nos. 38, 51) are **GRANTED**. As also recommended, for the reasons expressed in the Report and Recommendation, the claims against defendant "C.O. 1 Collins," who has never been served with process, are **DISMISSED** under 28 U.S.C. § 1915A(b)(1). All claims against defendants having been disposed of, this case is **DISMISSED**, and the Clerk shall **CLOSE** the file.

It is so **ORDERED**.

ENTER this 30th day of March 2009.

_____
ALETA A. TRAUGER
U.S. District Judge